IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chancellor, Colleen A

Printed: 11/13/07

Case Number: 07 B 03862
Judge: Goldgar, A. Benjamin
Filed: 3/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: July 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,824.00 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 11,000.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 29.45 | 0.00 |
| 5. | CBCS | Unsecured |  | No Claim Filed |
| 6. | Credit Management Service | Unsecured |  | No Claim Filed |
| 7. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 8. | Chase | Unsecured |  | No Claim Filed |
| 9. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 11. | Adjustment Bureau Inc. | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
| 13. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 14. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 15. | Midland Credit Management | Unsecured |  | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 12,853.45 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chancellor, Colleen A | Case Number: 07 B 03862 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/13/07 | Filed: 3/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                    Marilyn O. Marshall, Trustee, by:

                                                    _Denise Ashley_